**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:26-cr-273-BL-KFP** |
| **v.** | ) | |
| | ) | |
| **CAMERON TY'QUIZ SILMON** | ) | |

**MOTION TO WITHDRAW DOCUMENT**

**CAMERON TY'QUIZ SILMON**, through Undersigned Counsel, Robert P. Coleman III, and moves the Court to withdraw the Motion to Dismiss (Doc. 29). The Motion was erroneously filed twice.

Respectfully submitted this 17th day of August, 2026.

Respectfully submitted,

*/s/Robert P. Coleman III*
**Robert P. Coleman III**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: robert_coleman@fd.org
Bar ID Nos. NY4875720
MD 2208150005

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:26-cr-273-BL-KFP** |
| **v.** | ) | |
| | ) | |
| **CAMERON TY'QUIZ SILMON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/Robert P. Coleman III*

**Robert P. Coleman III**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: robert_coleman@fd.org
Bar ID Nos. NY4875720
MD 2208150005